

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: 800.746.2936

3/23/2017

Account Number: ██████

Wootton And Wootton
3200 Croasdaile Dr. Ste 504
Durham, NC 27705

Borrower Name : Reginald Holding
Samantha Holding

Property Address: 1125 Lawrence Rd
Creedmoor NC 27522-9780

## INFORMATION REGARDING A REQUEST FOR MORTGAGE ASSISTANCE



**Why Are We Sending This Letter**

Ocwen Loan Servicing, LLC recently received a request for mortgage assistance from a borrower whom you represent in an active bankruptcy case. Included with this notice, is correspondence, which explains the status of the review and any necessary next steps.



**What Needs To Be Done**

Please be aware, the notice may include deadlines, by which the borrower must respond in order to continue the review process or receive an assistance option. If additional time is needed, please contact our office at the number below.

If you have any questions, please call us at toll-free at 888.554.6599. We are available Monday through Friday 8 am to 9 pm ET.

Sincerely,

Loan Servicing

NMLS # 1852

BK_CVL

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

5/11/2017

Loan Number: ███████079

To: brent@ncbills.com

Subject: Documents requested

"Enclosed is the copy of the document you requested"

*IF YOU RECEIVE THIS FAX/EMAIL IN ERROR, PLEASE DESTROY/DELETE THE MATERIALS IMMEDIATELY.*

Confidentiality Notice: This E-mail/Facsimile message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law. Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege or exemption. If you are not the intended recipient, please immediately and permanently delete this message from your system without reproducing or disclosing it to any third party.

706233079, 1924708026, Correspondence/APPROVAL NOTIFICATION,
03/27/2017 11:40:00

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



| | | |
|---|---|---|
| OCWEN | Ocwen Loan Servicing, LLC<br>WWW.OCWEN.COM<br>*Helping Homeowners is What We Do!* ™ | We are here to help you!<br>Call toll-free: (800) 746-2936<br>Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm<br>Sun 9:00am - 9:00pm ET |

3/21/2017

Loan Number: ████9

Reginald Holding
Samantha Holding
1125 Lawrence Rd
Creedmoor, NC 27522-9780

<u>Property Address:</u>
1125 Lawrence Rd
Creedmoor, NC 27522-9780

## LOAN MODIFICATION AVAILABLE TO YOU – WE CAN LOWER YOUR PAYMENT
### PLEASE READ CAREFULLY

Dear Customer(s),

We have reviewed your loss mitigation application and the financial information you provided. Your loan has been evaluated for all loss mitigation options available. We are pleased to offer you more affordable payments and the opportunity to stay in your home, with the enclosed Loan Modification Agreement proposal (the "Agreement") for your loan referenced above.

TIME IS OF THE ESSENCE.

You must contact us at (800) 746-2936 or in writing at the address provided below to confirm your intent to accept this <u>offer within 14 days of this notice</u>, or alternatively, submit your first Total Monthly Payment as defined in the enclosed <u>offer within 14 days of this notice</u>.

Ocwen Loan Servicing, LLC
ATTN: Mortgage Assistance
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

If you contact us or make the payment within 14 days of this notice, we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next legal action in the foreclosure proceedings.

Please note, even if you notify us of your intent to accept the offer within 14 days of this notice, you must remit your Total Monthly Payment on or before the first payment date defined in the enclosed offer.

9    SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

Christopher Hall has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

If you have any questions, please contact us at (800) 746-2936. We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

SBALLSTIP1_v2.5

NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## PAYMENT REMITTANCE INFORMATION

PLEASE DON'T FORGET TO:
1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.

### OVERNIGHT DELIVERY
(Money Order, Personal Check, or Certified Check)
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
Box # 660264
1010 W. Mockingbird Ln., Suite 100
Dallas, TX 75247

### BANK WIRE
BANK: Wells Fargo Bank, NA
ABA: 121000248
ACCOUNT NAME: Ocwen Loan Servicing, LLC in Trust for Various Investors and Mortgagors
ACCOUNT NUMBER: 4124823352
REFERENCE: Loan Number, Property Address, and Borrower Name
EMAIL: Transferfunds@ocwen.com with the details of the wire

### MONEY GRAM
RECEIVER CODE: 2355
PAYABLE TO: Ocwen Loan Servicing, LLC
CITY: Orlando
STATE: Florida
REFERENCE: Loan Number ~~~~~~~~
AGENT LOCATOR: (800) 926-9400

### WESTERN UNION
BY WUQC
CODE CITY: Ocwen
STATE: FL
REFERENCE: Loan Number 706233079



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## NON-APPROVAL NOTICE

Please note that after a careful review of the information you provided, we were not able to approve you for the loss mitigation options below:

In accordance with MHA guidelines we are unable to review you for the HAMP program as OCWEN was not in receipt of your Initial Package on or before December 30th, 2016. The HAMP program was retired on December 31st, 2016.

In accordance with MHA guidelines we are unable to review you for the HAMP program as OCWEN was not in receipt of your Initial Package on or before December 30th, 2016. The HAMP program was retired on December 31st, 2016.

We are unable to review you for the Shared Appreciation Modification program as the OCWEN SAM program was retired on December 31st, 2016.



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 4                                                                                       NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## OPPORTUNITY TO APPEAL

**What should you do if you disagree with the reason(s) for non-approval?**

If you disagree with the reason(s) for non-approval, please contact us at:

Ocwen Loan Servicing, LLC
Escalations Department
P.O. Box 785061
Orlando, FL 32878-5061

Email: escalatedcases@ocwen.com



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## ADDITIONAL LEGAL DISCLOSURES

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

**Notice Regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice Regarding Tax Consequences of Mortgage Assistance Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

## North Carolina Residents: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | 1-800-569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | 1-888-995-4673 | www.hopenow.com |
| Fannie Mae Assistance Program | | www.knowyouroptions.com |

Call our Customer Care Center at 1-800-746-2936 to discuss your options. You can get information about any of these Alternatives to Foreclosure, and you can set up time to meet with your Relationship Manager, Christopher Hall. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

*For Borrowers in North Carolina:*
The North Carolina Commissioner of Banks website provides resources related to avoiding foreclosure. To access these resources, click on the 'Need Foreclosure Help?' link on the homepage.
http://www.nccob.gov/public/

If you would like to submit a qualified written request, a notice of error, or a request for information you must use the following address:

Research Department
PO Box 24736
West Palm Beach, FL 33416-4736



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS#1852



OCWEN

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

3/21/2017

Loan Number: ██████

Reginald Holding
Samantha Holding
1125 Lawrence Rd
Creedmoor, NC 27522-9780

**Property Address:**
1125 Lawrence Rd
Creedmoor, NC 27522-9780

## PROPOSED MODIFICATION AGREEMENT

Dear Borrower(s):

Enclosed please find a proposed modification agreement (the "Agreement") on your loan referenced above for your review and consideration.

In order to accept this modification on your loan, you must complete ALL of the following steps **on or before 5/1/2017**, ("Due Date"):

1. **SIGN** the bottom of the Agreement on the line(s) for the Borrower(s);

2. **FAX** the fully executed Agreement to:   Attention: Home Retention Department
   (407) 737- 5693

3. **PAY** the full down payment in the amount of:   $941.77
   [*See Payment Instructions Attached*]

4. **NEW MONTHLY PAYMENT:**
   Principal and Interest Payment   $743.78
   Escrow Payment   $197.99
   Total   $941.77
   Starting on 6/1/2017

5. **SEND** proof of insurance coverage*
   (Send proof of insurance ONLY to Escrow Dept. DO NOT include the Agreement.)
   Attention: Escrow Department
   Fax: (888)-882-1816
   E-mail: updateinsuranceinfo@ocwen.com

Proof of insurance and the Agreement must be sent separately to the correct departments using the fax numbers provided above. If your loan is not currently escrowed, you must provide Ocwen Proof of Insurance (Declaration Page) on or before 5/1/2017. If no proof of insurance is received by 5/1/2017, an insurance policy will be lender-placed with the monthly cost included in your mortgage payment. The cost of lender-placed insurance may be more expensive than insurance you may obtain for yourself.



SBALLSTIP1-v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 1

NMLS#1852



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free: **(800) 746-2936**
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

Time is of the essence on this offer. If ALL of the items above are not completed by the Due Date, the Agreement shall have no force or effect and any down payment received will be returned to you. Please be advised that Ocwen Loan Servicing, LLC will not delay, postpone or otherwise stop any collection efforts until ALL of the steps above have been completed.

If you have any questions or require additional information, please contact the Customer care center at (877) 596-8580. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

### PAYMENT REMITTANCE INFORMATION
1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always <u>include your loan number</u> with your payment.

### OVERNIGHT DELIVERY (Personal Check, MoneyOrder & Certified Checks)
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
Box # 660264
1010 W. Mockingbird Ln., Suite 100
Dallas, TX 75247

**MONEY GRAM RECEIVER**
CODE: 2355
PAYABLE TO: OCWEN LOAN SERVICING, LLC
CITY: ORLANDO
STATE: FLORIDA
REFERENCE: LOAN NUMBER
AGENT LOCATER: (800) 926-9400

**BY WUQC**
Code City: Ocwen
State: FL
Loan #: ~~████████~~
Attn: Home Retention Department

**BANK WIRE**
BANK: Wells Fargo Bank, NA
ABA: 121000248
ACCOUNT NAME: Ocwen Loan Servicing LLC
ACCOUNT NUMBER: 4124823352
REFERENCE: Loan Number, Property Address, and Borrower Name
Email: Transferfunds@ocwen.com with the details of the wire.



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

## LOAN MODIFICATION AGREEMENT

Ocwen Loan Servicing, LLC ("Ocwen") is offering you this Loan Modification Agreement ("Agreement"), dated 3/21/2017, which modifies the terms of your home loan obligations as described in detail below:

A. the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Granville County, and

B. the Note, of the same date and secured by the Mortgage, which covers the real and personal property described in the Mortgage and defined therein as the "Property", located at 1125 Lawrence Rd, Creedmoor, NC 27522-9780.

Pursuant to our mutual agreement to modify your Note and Mortgage and in consideration of the promises, conditions, and terms set forth below, the parties agree as follows:

1. You agree that the new principal balance due under your modified Note and the Mortgage will be $185,155.96. Upon modification, your Note will become contractually current.

2. You promise to make an initial payment in the amount of $941.77 on or before 5/1/2017, after which you will commence payments of principal and interest in the amount of $743.78 beginning on 6/1/2017 and continuing on the same day of each succeeding month until all amounts owed under the Note and Modification are paid in full.

3. You will be required to pay to Ocwen, until such time the loan is paid in full, a sum to provide for payment of amounts due for (i) yearly taxes and assessments which may attain priority over the Security Instrument as a lien on the Property, and (ii) yearly hazard or property insurance premiums, all in accordance with the terms and conditions of the Security Instrument. A waiver of this requirement by Ocwen as of the Effective Date shall not constitute a waiver of such requirement at any future date, and Ocwen specifically reserves the right, in its sole and absolute discretion, to impose such requirement at any time upon written notice to you.

4. Upon Modification, the annual rate of interest charged on the unpaid principal balance of your loan will be 3.00001%. This rate will remain in effect until the maturity date of your loan.

5. You promise to make payments of principal and interest on the same day of each succeeding month until 4/1/2037, at which time a final balloon payment in an amount equal to all remaining amounts under the Note and Modification will be due.

6. You will comply with all other covenants, agreements and requirements of your Mortgage, including without limitation, the covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds and all other payments that you are obligated to make under the Mortgage, except as otherwise provided herein.

7. If you sell your property, refinance or otherwise payoff your loan during the 12 months following the date of Modification, the Modification will be voidable at the sole option of Ocwen and all amounts owed under the obligations existing prior to the Modification will be due and owing.

8. You understand and agree that:

   (a) All the rights and remedies, stipulations and conditions contained in your Mortgage relating to default in the making of payments under the Mortgage will also apply to default in the making of the modified payments here under.

SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

(b) All covenants, agreements, stipulations and conditions in your Note and Mortgage will remain in full force and effect, except as herein modified, and none of the your obligations or liabilities under your Note and Mortgage will be diminished or released by any provisions hereof, nor will this Agreement in any way impair, diminish or affect any of Ocwen's rights under or remedies on your Note and Mortgage, whether such rights or remedies arise there under or by operation of law. Also, all rights of recourse to which Ocwen is presently entitled against any property or any other persons in any way obligated for, or liable on, your Note and Mortgage are expressly reserved by Ocwen.

(c) Any expenses incurred in connection with the servicing of your loan, but not yet charged to your account as of the date of this Agreement, may be charged to your account after the date of this Agreement.

(d) Nothing in this Agreement will be understood or construed to be a satisfaction or release in whole or in part of your Note and Mortgage.

(e) You agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Ocwen, will bind and inure to your heirs, executors, administrators and assigns.

(f) You understand that this agreement is legally binding and that it affects your rights. You confirm that you have had the opportunity to obtain independent legal counsel concerning this Agreement and are signing this Agreement voluntarily and with full understanding of its contents and meaning.

(g) Corrections and Omissions: You agree to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note.

_____
Ocwen Loan Servicing, LLC

X_____
Reginald Holding

By: _____
Authorized Officer

X_____
Samantha Holding



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS#1852



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

We are here to help you!
Call toll-free: (800) 746-2936
Mon-Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

3/21/2017

Loan Number: XXXXXX9

Reginald Holding
Samantha Holding
1125 Lawrence Rd
Creedmoor, NC 27522-9780

**Property Address:**
1125 Lawrence Rd
Creedmoor, NC 27522-9780

# BALLOON DISCLOSURE

The loan modification for which you have applied contains a balloon provision. This means that even if you make all payments full and on time, the loan will not be paid in full by the final payment date. Your estimated balloon payment amount is $93,449.63 and will be due in a single payment on 4/1/2037, provided that all payments are made in accordance with the loan terms and the interest rate does not change for the entire loan term. The balloon payment may vary depending on your payment history, and, if you have an adjustable rate mortgage, any interest rate changes that occur during the life of the loan.

Neither Ocwen Loan Servicing, LLC nor any lender to which your loan is transferred or assigned is under any obligation to finance the amount of the balloon payment. In addition, the value of the real estate securing this loan may change during the term of the loan. On the date the balloon payment becomes due, the value of the real estate may not be sufficient to secure a new loan in an amount equal to the balloon payment.

I/we have read the above disclosure and acknowledge receiving a copy by signing below.

_____
Ocwen Loan Servicing, LLC

By: _____
    Authorized Officer

X_____
Reginald Holding

X_____
Samantha Holding



SBALLSTIP1_v2.5

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.